UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1( b)**

Kevin G. McDonald, Esquire
KML LAW GROUP, P.C.
216 Haddon Avenue, Ste. 406
Westmont, NJ 08108
Toyota Least Trust

Order Filed on October 18, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey

Case No:    19-20814 JKS

Chapter: 13

Hearing Date: October 10, 2019 at 10:00 A.M

Judge:  John K. Sherwood

In Re:

Rosario Timpano,
Maryjane R. Timpano dba Timpano Tile and Marble dba B&T Properties

DEBTOR

Mary R. Gangemi

Co-Debtor

Recommended Local Form    ☐ Followed    ☐ Modified

# ORDER VACATING STAY & CO-DEBTOR STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: October 18, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

[Type text]

Upon the motion of <u>Toyota Least Trust</u>, under Bankruptcy Code section 362(a) and 1301(c) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant, to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☐   Real Property More Fully Described as:

■   Personal Property More Fully Describes as: **2014 Toyota Sienna, VIN: 5TDJK3DC1ES071636,**

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

It is further ORDERED that the co-debtor stay is vacated.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Rosario Timpano  
Maryjane Rita Timpano  
    Debtors

Case No. 19-20814-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Oct 21, 2019  
                 Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 23, 2019.  
db/jdb       +Rosario Timpano,    Maryjane Rita Timpano,    63 Pleasant Hill Road,    Succasunna, NJ 07876-2027

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 23, 2019                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 21, 2019 at the address(es) listed below:  
      Alexander J. Rinaldi    on behalf of Joint Debtor Maryjane Rita Timpano jessica@srr-law.com, 5390@notices.nextchapterbk.com  
      Alexander J. Rinaldi    on behalf of Debtor Rosario  Timpano jessica@srr-law.com, 5390@notices.nextchapterbk.com  
      Kevin Gordon McDonald    on behalf of Creditor    Toyota Least Trust kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
      Marie-Ann Greenberg    magecf@magtrustee.com  
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
      William M.E. Powers    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New York, as Trustee (CWABS 2006-SD3) ecf@powerskirn.com  
      William M.E. Powers, III    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New York, as Trustee (CWABS 2006-SD3) ecf@powerskirn.com  
    TOTAL: 7