Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ 07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF OCTOBER 6, 2021

**Chapter 13 Case # 19-20814**

Re: ROSARIO TIMPANO　　　　　　　　　　Atty: ALEXANDER J RINALDI ESQ
　　MARYJANE RITA TIMPANO　　　　　　　　　　　SALNY, REDBORD & RINALDI
　　63 PLEASANT HILL ROAD　　　　　　　　　　　　9 EYLAND AVE AT RT 10
　　SUCCASUNNA, NJ 07876　　　　　　　　　　　　SUCCASUNNA, NJ 07876

**PLEASE SEE SUMMARY SECTION FOR ESTIMATED BALANCE TO COMPLETE.**

## RECEIPTS     (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 06/04/2019 | $833.14 | 5915931000 | 07/02/2019 | $833.14 | 5989280000 |
| 08/06/2019 | $30,000.00 | 1897601 | 08/06/2019 | $833.14 | TIMPANO 01817 |
| 09/03/2019 | $833.14 | 6148482000 | 10/03/2019 | $833.14 | 6226720000 |
| 12/03/2019 | $1,006.00 | 6376220000 | 01/06/2020 | $1,006.00 | 6456034000 |
| 02/14/2020 | $1,006.00 | 6560033000 | 03/02/2020 | $1,006.00 | 6607812000 |
| 04/10/2020 | $1,006.00 | 6703914000 | 05/04/2020 | $1,006.00 | 6767352000 |
| 06/02/2020 | $1,006.00 | 6837369000 | 07/06/2020 | $1,006.00 | 6920793000 |
| 08/04/2020 | $1,006.00 | 6990524000 | 09/03/2020 | $1,006.00 | 7061533000 |
| 10/05/2020 | $1,006.00 | 7139135000 | 10/06/2020 | ($1,006.00) | 7139135000 |
| 11/03/2020 | $1,006.00 | 7207160000 | 12/08/2020 | $1,006.00 | 7292686000 |
| 12/21/2020 | $1,006.00 | 7322484000 | 12/21/2020 | $2,184.86 | 7322494000 |
| 02/01/2021 | $1,006.00 | 7422565000 | 03/01/2021 | $1,006.00 | 7491311000 |
| 04/06/2021 | $1,006.00 | 7581598000 | 05/03/2021 | $944.00 | 7645422000 |
| 06/02/2021 | $944.00 | 7714132000 | 07/15/2021 | $944.00 | 7811191000 |
| 07/26/2021 | $944.00 | 7834095000 | 08/13/2021 | $30,886.49 | 2692748 |

**Total Receipts: $87,109.05  -  Amount Refunded to Debtor: $1,314.32  =  Receipts Applied to Plan: $85,794.73**

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 4,685.50 | IN SUMMARY |
| ATTY | ATTORNEY | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | THE BANK OF NEW YORK MELLON | MORTGAGE ARRE | 80,611.40 | 100.00% | 80,611.40 | 0.00 |
| 0002 | FLANDERS PEDIATRIC DENTISTRY | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0003 | CAPITAL ONE, N.A. | UNSECURED | 124.65 | 100.00% | 124.65 | 0.00 |
| 0004 | TOYOTA LEASE TRUST | UNSECURED | 373.18 | 100.00% | 373.18 | 0.00 |
| 0005 | NEW JERSEY DEPARTMENT OF COMMUN | PRIORITY | 0.00 | 100.00% | 0.00 | 0.00 |

**Chapter 13 Case # 19-20814**

**Total Paid:  $85,794.73**
See Summary

## LIST OF PAYMENTS TO CLAIMS    (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| BAYVIEW LOAN SERVICING LLC | | | | | | | |
| | 10/21/2019 | $32,020.07 | 835044 | | 11/18/2019 | $789.82 | 837139 |
| | 01/13/2020 | $953.69 | 840935 | | 02/10/2020 | $953.69 | 842814 |
| CAPITAL ONE, N.A. | | | | | | | |
| | 09/20/2021 | $124.65 | 877404 | | | | |
| THE BANK OF NEW YORK MELLON | | | | | | | |
| | 03/16/2020 | $953.69 | 844740 | | 04/20/2020 | $953.69 | 846686 |
| | 05/18/2020 | $905.40 | 848620 | | 06/15/2020 | $905.40 | 850295 |
| | 07/20/2020 | $930.55 | 852073 | | 08/17/2020 | $930.55 | 853944 |
| | 09/21/2020 | $930.55 | 855729 | | 10/19/2020 | $930.55 | 857624 |
| | 12/21/2020 | $930.55 | 861213 | | 01/11/2021 | $930.55 | 863044 |
| | 02/22/2021 | $2,951.55 | 864655 | | 03/15/2021 | $930.55 | 866558 |
| | 04/19/2021 | $930.55 | 868173 | | 05/17/2021 | $930.55 | 870102 |
| | 06/21/2021 | $887.36 | 871878 | | 07/19/2021 | $887.36 | 873700 |
| | 08/16/2021 | $887.36 | 875389 | | 09/20/2021 | $28,187.37 | 877106 |
| TOYOTA LEASE TRUST | | | | | | | |
| | 09/20/2021 | $373.18 | 8002441 | | | | |

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: October 06, 2021.

Receipts: $85,794.73          -     Paid to Claims: $81,109.23     -     Admin Costs Paid: $4,685.50    =    Funds on Hand: $0.00

Unpaid Balance to Claims: $0.00          +     Unpaid Trustee Comp: $0.00               =     Total Unpaid Balance: **$0.00

**NOTE**:  THIS IS AN APPROXIMATE BALANCE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY  AFFECT THE AMOUNT TO COMPLETE THE PLAN.