UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Rosario Timpano and
Maryjane Rita Timpano

Case No.:  19-20814

Chapter:  13

Judge:  JKS

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, Rosario Timpano                                    , debtor in this case, certify as
follows:

1    All payments required to be made by me under my plan have been made and are paid
in full.

2.  ☑ I am not required to pay domestic support obligations.

☐ I am required to pay domestic support obligations and I have paid all amounts
payable under court order or statute that were due on or before the date of this
certification.

I certify under penalty of perjury that the above is true.

Date   10 - 16 21                          _Maryjane R Timpano_
                                            Debtor's Signature

IMPORTANT:

·   **Each debtor in a joint case must file a separate Certification in Support of Discharge.**
·   **A discharge will not be entered for a debtor who fails to file a completed Certification in
Support of Discharge.**

rev 9/1/18