Form ntcfncurv – testntcfncurv27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  19–20814–JKS
Chapter:  13
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Rosario Timpano
63 Pleasant Hill Road
Succasunna, NJ 07876

Maryjane Rita Timpano
dba Timpano Tile and Marble, dba B&T
Properties
63 Pleasant Hill Road
Succasunna, NJ 07876

Social Security No.:
  xxx–xx–3512                                                     xxx–xx–2270

Employer's Tax I.D. No.:

## NOTICE OF RECEIPT OF RESPONSE TO
## NOTICE OF FINAL CURE PAYMENT

    TO: Rosario Timpano and Maryjane Rita Timpano
          Debtor(s)

    You are hereby notified that a Response to Notice of Final Cure Payment has been filed. Under
Fed. R. Bankr. P. 3002.1(h), if you disagree with the creditor's response, a motion must be filed to determine whether
the debtor has cured the default and paid post–petition amounts.

Dated: October 26, 2021
JAN: dlr

Jeanne Naughton, Clerk