Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                        Case No.:  19−20814−JKS
                        Chapter:  13
                        Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Rosario Timpano<br>63 Pleasant Hill Road<br>Succasunna, NJ 07876 | Maryjane Rita Timpano<br>dba Timpano Tile and Marble, dba B&T Properties<br>63 Pleasant Hill Road<br>Succasunna, NJ 07876 |

Social Security No.:
  xxx−xx−3512                                           xxx−xx−2270

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>November 23, 2021</u>                 <u>John K. Sherwood</u>
                                                        Judge, United States Bankruptcy Court